UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br> Plaintiff, <br><br> v. <br><br> SVENHARD'S SWEDISH BAKERY, a California corporation, <br> Defendant. | NO. C-16-1905-RSM <br><br> STIPULATION AND ORDER FOR ENTRY OF JUDGMENT |

THE PARTIES above named, through their attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Defendant, Svenhard's Swedish Bakery, hereby stipulate for entry of Judgment in the above-referenced action.

DATED this *17th* day of March, 2017.

| | |
|---|---|
| REID, McCARTHY, BALLEW & LEAHY, L.L.P. | SVENHARD'S SWEDISH BAKERY |
| */s/ Russell J. Reid* <br> Russell J. Reid, WSBA #2560 <br> Attorney for Plaintiff | */s/ David C. Kunkel* <br> David C. Kunkel, COO <br> Defendant |

## ORDER FOR ENTRY OF JUDGMENT

Based on the foregoing Stipulation of Plaintiff and Defendant, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit represented by Locals 87, 94, 137, 150, 315, 386, 431, 439, 853, 890, 912 & 948, with which the Defendant has valid collective bargaining agreements, and which amounts are due by reason of its specific acceptance of the Declaration of Trust of the Western Conference of Teamsters Pension Trust Fund for the period October 2016 through January 2017:  for liquidated damages of $96,801.82, for interest through 2/21/17 of $2,303.54, for attorneys' fees of $716.85, and for costs of $445.00, all for a total of $100,267.21, together with interest accruing thereupon at the rate of four percent (4%) per annum from the date of entry hereof until fully paid.

JUDGMENT ENTERED this 22 day of March 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented for Entry by:

*/s/ Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff